OS
10/21/2019

**BROWNSVILLE** DIVISION
FILE: 2019R28097

<table>
<tr><td></td><td>OCDETF</td><td></td></tr>
<tr><td></td><td>**CRIMINAL DOCKET**</td><td>NO. **B - 19 - 978**</td></tr>
</table>

INDICTMENT                    Filed: OCTOBER 29, 2019        **Fernando Rodriguez, Jr.**
COUNTY: CAMERON                                              Judge: _____

ATTORNEYS:

**UNITED STATES OF AMERICA**              RYAN K. PATRICK, USA _____

**vs.**                                   JODY L. YOUNG, AUSA _____

                                          OSCAR PONCE, AUSA _____

JOEL HAYDEN SCHRIMSHER      (YOB: 2001) USC **WARRANT** _____

---

**CHARGE:** Cts. 1,3,5: Making threat through use of instrument of interstate/foreign commerce
Total          18 USC 844e
Counts      Cts. 2, 4, 6: False Information and Hoaxes
Total          18 USC 1038 (a)(1)
(6)

**PENALTY:   Cts. 1,3,5:  up to 10 years and/or 250,000 fine plus 3 year supervised release**
**              Cts. 2,4,6:  up to 5 years and/or 250,000 fine plus 3 year supervised release**

In Jail: X
On Bond:
No Arrest:
FBI: MICHAEL COBLIN

**P R O C E E D I N G S:**

_____

_____

_____

_____

_____

_____

_____

_____

_____