United States District Court
Southern District of Texas
**ENTERED**
November 01, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v | § | CRIMINAL NO. B-19-978 |
| JOEL HAYDEN SCHRIMSHER<br>FID#: 11010163 | § | |

## O R D E R

TO THE CLERK OF THE UNITED STATES

DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

You are directed and **ORDERED** to issue a **Writ of Habeas Corpus Ad Prosequendum** as

prayed for in the Petition set out above.

Signed on this _____/st____ day of NOVEMBER, 2019.

_____
UNITED STATES MAGISTRATE JUDGE