IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | DOCKET NO. 1:19-cr-00978-1 |
| | § | |
| JOEL HAYDEN SCHRIMSHER | § | |

APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Rolando Garza, a licensed attorney, in behalf of Joel Hayden Schrimsher,

and makes his appearance of counsel.  Undersigned counsel has been retained to represent

Joel Hayden Schrimsher in the present matter.

WHEREFORE, PREMISES CONSIDERED, the defendant respectfully requests that

all notices be provided to counsel, Rolando Garza.

> Respectfully submitted,
> /s/ Rolando Garza
> Rolando Garza
> 310 West University
> Edinburg, TX 78539
> (956) 318-1102  Telephone
> (956) 381-5005  Facsimile
> Email: Crimapp@yahoo.com
> State Bar No. 24004665
> Federal I.D. No. 32297

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been forwarded
to the U.S. Attorneys Office in Brownsville through electronic filing on November 5, 2019.

> /s/ Rolando Garza
> Rolando Garza