United States District Court
Southern District of Texas
**ENTERED**
November 08, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v | § | CRIMINAL NO. **B-19-978** |
| **JOEL HAYDEN SCHRIMSHER**<br>**FID#:11010163** | § | |

## O R D E R

TO THE CLERK OF THE UNITED STATES

DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

You are directed and ORDERED to issue a Writ of Habeas Corpus Ad Prosequendum as

prayed for in the Petition set out above.

Done at Brownsville, Texas, this _____ day of **November, 2019**.

_____
PRESIDING JUDGE
UNITED STATES MAGISTRATE JUDGE