**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
**FILED**

NOV 1 2 2019

**David J. Bradley, Clerk of Court**

UNITED STATES OF AMERICA

Joel Hayden Schimsher

§ **WAIVER OF DETENTION**
    **HEARING**

§

§ Case No. B-19-978

Defendant Joel Hayden Schimsher is currently detained in the Southern District of Texas pending the above-styled cause of action. After careful consideration, Defendant wishes to waive the right to a detention hearing pursuant to Title 18 U.S.C. § 3142.

_____
Defendant

_____
Counsel for Defendant

DATE: 11-12-19