United States District Court
Southern District of Texas
**FILED**

NOV 1 4 2019

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v | § | CRIMINAL NO. B-19-978 |
| JOEL HAYDEN SCHRIMSHER<br>FID#: 11010163 | § | |

## AMENDED
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  Cameron County Jail

TO:  United States Marshal, Southern District of Texas,
or any other authorized United States Marshal

GREETING:

We command that you have the body of JOEL HAYDEN SCHRIMSHER, FID# 11010163 now duly committed to the custody of the Cameron County Jail, under safe and secure conduct before the United States District Court for the Southern District of Texas, Brownsville Division, at Brownsville, Texas, on the 6th day of November, 2019, there and at that time for an Initial Appearance in the above-styled and numbered case now pending against him in said Court; and immediately after the said proceeding shall have been disposed of, that you return him to the said Cameron County Jail, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Ignacio Torteya, III , United States Magistrate Judge, United States District Court for the Southern District of Texas, and the seal of said Court at the City of Brownsville, Texas, on this 1st day of NOVEMBER, 2019.

RETURN

This writ was executed on 11/06/19 by serving copy of it on state/Cameron County and taking custody of subject. Subject is to have initial and be returned same day to state.

Gary Blankinship, US Marshal

BY: _Ricardo Clemente_
Deputy US Marshal, SDUSM

DAVID J. BRADLEY, Clerk
United States District Clerk
Southern District of Texas

BY: _____
Deputy