IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA §
§
vs §   Criminal No. B- 19 - 978
Joel Hayden Schrimsher §
§
§
§

## WAIVER OF SPEEDY TRIAL LIMITS

As the Defendant in the above-captioned cause, I desire to waive my right to be tried within the time limits set forth by the Plan for the United States District Court for the Southern District of Texas, for achieving prompt disposition of criminal cases, dated July 1, 1980, which was promulgated pursuant to Rule 50(b), Federal Rules of Criminal Procedures and the Speedy Trial Act of 1974, as amended, Title 18, United States Code, Section 3165(e)(3) and Section 3166.

In filing this waiver, I am fully aware that criminal matters are to be given preference on the Court's docket and the above plan requires that my trial commence within 70 days from the filing date of the indictment or information, or from the date of my initial appearance before a judicial officer, whichever date last occurs. Further, I am fully aware that failure of the court to comply with the time limits set forth by the above plan without consent may justify dismissal of this action for unnecessary delay. Lastly, I am fully aware that this Court is not designating a definite time for the trial of my case and is only representing that it is to be tried at the earliest practicable date consistent with other docket requirements.

I have consulted with my attorney regarding the waiver of my right to be tried within the trial limits set forth by the above plan and he/she agrees with my decision.

Signed this    3    day of   December  , 20 19   .

x _____
Defendant

_____
Attorney for Defendant