United States District Court
Southern District of Texas

**ENTERED**

December 04, 2019

David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| V. | § | CASE NO.: **1:19-CR-978-01** |
| **Joel Hayden Schrimsher** | § | |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Defendant is charged with making threat through use of instrument of interstate/foreign commerce, in violation of Title 18, United States Code, Section 844e; and false information hoaxes in violation of Title 18, United States Code, Section 1038(a)(1), Dkt. No. 1. On November 27, 2019, Defendant filed a motion requesting a continuance of sixty (60) days of the current deadlines and hearings. Discovery in this case is voluminous, therefore, additional time is needed to review discovery, file any motions needed, prepare for trial and for the continuation of any plea negotiations. Waiver of Speedy Trial was filed on December 3, 2019, Dkt. No. 18. The Government is unopposed to the continuance, Dkt. No. 17. This case has not been previously continued.

Based on the foregoing, and pursuant to the provisions of The Speedy Trial Act, the Court hereby **CONTINUES** this case for sixty (60) days, finding that the "ends of justice served by taking such action outweigh the best interest of the public and [Defendant] in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Failure to grant such continuance would deny counsel for Defendant and the Government the "reasonable time necessary for effective preparation, taking into account the exercise of due diligence." **Id.** at§ 3161(h)(7)(B)(iv). The period of delay caused as a result of the granting of this motion shall be excluded in computing the time within which trial of this case must commence. **Id.** at§ 3161(h).

1

This case is therefore **RESET** as follows:

| | |
|---|---|
| Motions due: | **February 12, 2020** |
| Responses due: | **February 19, 2020** |
| Motions Hearing before Judge Morgan: | **February 25, 2020 at 9:00 a.m.** |
| Final Pre-trial Conference before Judge Rodriguez: | **March 3, 2020 at 8:30 a.m.** |
| Jury Selection before Judge Rodriguez: | **March 9, 2020 at 9:00 a.m.** |

SIGNED at Brownsville, Texas, this 4th day of December, 2019.

Ronald G. Morgan
United States Magistrate Judge

2