**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS** | § | **CR. NO. B-19-978** |
| **JOEL HAYDEN SCHRIMSHER** | § | |

## GOVERNMENT'S REQUEST FOR RECIPROCAL DISCOVERY

COMES NOW the United States Attorney for the Southern District of Texas, by and through the undersigned Assistant United States Attorney, and files this its Request for Reciprocal Discovery, and respectfully would show unto the Court as follows:

The government hereby requests, pursuant to Rule 16(b), reciprocal discovery to inspect and copy any books, papers, documents, photographs, tangible objects and reports of examinations made in connection with this case which are within the possession, custody or control of the defendant, and which the defendant intends to introduce at trial.   In the case of scientific tests or experiments, the government requests discovery of any such reports which were prepared by a witness whom the defendant intends to call at trial.

RESPECTFULLY SUBMITTED,

RYAN K. PATRICK
UNITED STATES ATTORNEY

s/JODY YOUNG
Jody Young
Assistant United States Attorney
Federal Bar#: 23946
State Bar #: 00788731
600 E. Harrison, #201
Brownsville, Texas 78520
(956) 548-2554 Tel.
(956) 548-2711 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this the ___11TH___ day of <u>FEBRUARY</u>, 2020, a copy of Government's Request for Reciprocal Discovery was delivered electronically to Mr. Rolando Garza, Attorney at Law, 310 W University, Edinburg, TX 78539, Jr.

<u>s/JODY YOUNG</u>
Jody Young
Assistant United States Attorney