United States District Court
Southern District of Texas
**ENTERED**
February 21, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **v** | § | **CRIMINAL NO. B-19-978** |
| **JOEL HAYDEN SCHRIMSHER**<br>**FID#: 11010163** | § | |

**ORDER**

TO THE CLERK OF THE UNITED STATES

DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

You are directed and **ORDERED** to issue a **Writ of Habeas Corpus Ad Prosequendum** as prayed for in the Petition set out above.

IT IS FURTHER ORDERED that the United States Marshals Service is to take immediate custody of defendant upon filing of this writ.

IT IS FURTHER ORDERED that the defendant will remain in federal custody for the entire pendency of this case and that no further writ will be required to be filed to secure the defendant's appearance in Court.

Signed on this _____21st_____ day of FEBRUARY, 2020.

_____
UNITED STATES MAGISTRATE JUDGE