United States District Court
Southern District of Texas

**ENTERED**

April 14, 2020

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| V. | § | CASE NO.:   **1:19-CR-978-01** |
| **Joel Hayden Schrimsher** | § | |

**ORDER STRIKING DOCUMENT**

Government's Request for Reciprocal Discovery was filed in this case, Dkt. No.21; however, it is deficient as checked.  (L.R. refers to the Local Rule of this District).

1. ____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR11.1)

2. ____ Filing is not signed by, or by permission of, the attorney-in-charge.  (LR 11.3).

3. ____ One or more of the following are not included beneath the attorney's signature:
   (a) state bar  number; or
   (b) Southern District of Texas Federal Bar Number; or
   (c) office address including zip code; or
   (d) telephone and facsimile numbers with area codes (LR 11.3(A).

4. ____ A copy of the filing was not provided (LR. 5.2.)

5. ____ No certificate of service, or an explanation why service is not required (LR5.4, CrLR 12.4)

6. ✔ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike ____ (LR 7.1(D), CrLR 12.2)

7. ____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. ____ Other:

This document(s) is/are stricken from the record.

Date: April 10, 2020.                    _____
                                          Ronald G. Morgan, U.S. Magistrate Judge