IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO.:  B-19-CR-978-01 |
| Joel Hayden Schrimsher | § | |

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE, AND TIME SET FORTH BELOW.**

| TYPE OF PROCEEDING: | DATE: | TIME: |
|---|---|---|
| Motions Hearing before Judge Morgan | 5/27/2020 | 9:00 AM |
| Final Pretrial Conference before Judge Rodriguez | 6/2/2020 | 8:30 AM |
| Jury Selection before Judge Rodriguez | 6/8/2020 | 9:00 AM |

The Court resets this matter based on Special Order B-2020-04 issued on April 14, 2020, including the findings in Paragraph 2 of that Special Order.

Date: April 15, 2020                                        David J. Bradley, Clerk