United States District Court
Southern District of Texas

**ENTERED**

May 21, 2020

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| V. | § | CASE NO.:  **1:19-CR-978-01** |
| **Joel Hayden Schrimsher** | § | |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Defendant is charged with three counts of making threat through use of instrument of interstate/foreign commerce, in violation of Title 18, United States Code, Section 844e; and and three counts of false information hoaxes in violation of Title 18, United States Code, Section 1038(a)(1), Dkt. No. 1. On May 20, 2020, Defendant filed a motion requesting a continuance of thirty (30) days of the current deadlines and hearings.  COVID-19 has slowed down the practice of law.  Efforts are being made to resolve this case along with the State case. Additional time is needed to review discovery, confer with defendant and determine the need for any motions/trial. Waiver of Speedy Trial was filed on December 3, 2019, Dkt. No. 18.  The Government is unopposed to the continuance, Dkt. No. 28. This case has been previously continued.

Based on the foregoing, and pursuant to the provisions of The Speedy Trial Act, the Court hereby **CONTINUES** this case for thirty (30) days, finding that the "ends of justice served by taking such action outweigh the best interest of the public and [Defendant] in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Failure to grant such continuance would deny counsel for Defendant and the Government the "reasonable time necessary for effective preparation, taking into account the exercise of due diligence." **Id.** at§ 3161(h)(7)(B)(iv). The period of delay caused as a result of the granting of this motion shall be excluded in computing the time within which trial of this case must commence. **Id.** at§ 3161(h).

1

This case is therefore **RESET** as follows:

| | |
|---|---|
| Motions due: | **June 12, 2020** |
| Responses due: | **June 16, 2020** |
| Motions Hearing before Judge Morgan: | **June 23, 2020 at 9:00 a.m.** |
| Final Pre-trial Conference before Judge Rodriguez: | **June 30, 2020 at 8:30 a.m.** |
| Jury Selection before Judge Rodriguez: | **July 6, 2020 at 9:00 a.m.** |

SIGNED at Brownsville, Texas, this 21st day of May, 2020.

Ronald G. Morgan
United States Magistrate Judge

2