UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA                     §

VS.                                          §          CR. NO. B-19-978

JOEL HAYDEN SCHRIMSHER                        §

GOVERNMENT'S NOTICE OF ALIBI

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America through its United States Attorney for the Southern District of Texas and would state to the Court the following:

Pursuant to Rule 12.1(a) of the Federal Rules of Criminal Procedure, the above named defendant and his are requested to provide the Government, in writing, the names and present addresses of any and all alibi witnesses which the defendant will use at trial.

The Government alleges that the offenses for which the defendants are charged occurred from on or about May 30, 2019.

Notice of alibi witnesses should be provided to the Government within ten (10) days from receipt of this notice by counsel.

RESPECTFULLY SUBMITTED,

RYAN K. PATRICK
UNITED STATES ATTORNEY

s/JODY YOUNG
Jody Young
Assistant United States Attorney
Federal Bar#: 23946
State Bar #: 00788731
600 E. Harrison, #201
Brownsville, Texas 78520
(956) 548-2554 Tel.
(956) 548-2711 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on the **12th**  day of **JUNE**, **2020**, a true and correct copy of the foregoing **GOVERNMENT'S NOTICE OF ALIBI** was delivered to defense counsel, Mr. Rolando Garza, Attorney at Law, 310 W University, Edinburg, TX 78539, Jr., via Notice of Electronic Filing.

 s/ Jody L. Young
JODY L. YOUNG
ASSISTANT UNITED STATES ATTORNEY