IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ·CAUSE NO: B-19-978 |
| | § | |
| JOEL HAYDEN SCHRIMSHER | § | |

## WAIVER OF MOTIONS HEARING

TO THIS HONORABLE COURT:

Comes Now, Schrimsher (Defendant), by and through counsel and requests to waive the motions hearing and states the following:

I have discussed the implications of waiving the motions hearing with my attorney. I am choosing to knowingly, intelligently, and voluntarily waive my right to a motions hearing. I am waiving the motions hearing of my own free will and volition. I have no pending motions.

Executed this ___19___ day of ___June___, 2020, in ___Olmito___, Texas.

x _____
Joel Hayden Schrimsher

_____
Defense counsel, Rolando Garza