United States District Court
Southern District of Texas
**ENTERED**
June 19, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| VS. | § | CASE NO.:  **B-19-cr-978-01** |
| **Joel Hayden Schrimsher** | § | |

**ORDER GRANTING
DEFENDANT'S WAIVER MOTIONS HEARING**

ON THIS the     19th     day of   June   2020, came to be heard Defendant's Waiver Motions Hearing, Dkt. No. 31, and the Court having heard and considered the same, is of the opinion that said motion be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the Motions Hearing set for June 23, 2020, at 9:00 AM, is hereby cancelled.  Defendant and his counsel are excused from appearing at said hearing.

DONE at Brownsville, Texas, on June 19, 2020.

Ronald G. Morgan
United States Magistrate Judge