IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO.:  B-19-CR-978-01 |
| Joel Hayden Schrimsher | § | |

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE, AND TIME SET FORTH BELOW.**

**Before the Honorable** Fernando Rodriguez, Jr.

**PLACE:**
Courtroom 6
600 E. Harrison Street
Brownsville, TX 78520

| DATE: | TIME: | TYPE OF PROCEEDING: |
|---|---|---|
| 8/04/2020 | 08:30 AM | Final Pretrial Conference |
| 8/10/2020 | 09:00 AM | Jury Selection |

---

Date: June 24, 2020

David J. Bradley, Clerk