## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Case Number: 1:19–cr–00978

Joel Hayden Schrimsher

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT THE PROCEEDING(S) IN THIS CASE HAVE BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Fernando Rodriguez, Jr**

**PLACE:**
Courtroom 6
600 E. Harrison Street
Brownsville, TX 78520

| | |
|---|---|
| **TYPE OF PROCEEDING:** | **Final Pretrial Conference** |
| **DATE:** | 9/1/2020 |
| **TIME:** | 08:30 AM |

| | |
|---|---|
| **TYPE OF PROCEEDING:** | **Jury Selection** |
| **DATE:** | 9/8/2020 |
| **TIME:** | 09:00 AM |

**NOTE: ALL COUNSEL OF RECORD RECEIVING THE NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:    July 30, 2020

David J. Bradley, Clerk