## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                      Case Number: 1:19–cr–00978

Joel Hayden Schrimsher

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Fernando Rodriguez, Jr

**PLACE:**
by video
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:**  8/24/2020

**TIME:**  10:00 AM

**TYPE OF PROCEEDING:** Re–Arraignment Hearing

Date:    August 13, 2020

David J. Bradley, Clerk