# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

vs.

Joel Hayden Schrimsher

§
§
§
§
§

Case No: B-19-978

## WAIVER OF RIGHTS AND CONSENT TO PLEA
## BY VIDEO OR TELEPHONE CONFERENCE

I acknowledge that I have a right to appear before a judge in person when pleading guilty. I further acknowledge that I may waive the right to plead guilty in person before the judge, under Federal Rule of Criminal Procedure 43(c).

I have discussed the implications of waiving these rights with my attorney, and I understand the consequences of such a waiver. I am choosing to knowingly, intelligently, and voluntarily waive my rights to plead guilty in person. I consent to the Court accepting my guilty plea via video conferencing, or telephone conferencing if video conferencing is not reasonably available.

I am waiving my rights and consenting of my own free will and volition. Nobody, including my attorney, has insisted upon, coerced, or improperly influenced me in my decision to waive my rights and consent to a guilty plea via video conferencing, or telephone conferencing if video conferencing is not reasonably available.

Executed this ___7___ day of ___July___, 2020, in __Cameron County__, Texas.

X _____
Defendant

_____
Defense Counsel