United States District Court
Southern District of Texas
**ENTERED**
October 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:19-CR-978-1 |
| | § | |
| JOEL HAYDEN SCHRIMSHER | § | |

## ORDER

The Court has considered Defendant's Motion for Continuance of Time to File Objections (Doc. 40) and grants said motion. Accordingly, the Court orders that:

1)  Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by **November 2, 2020**. If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

2)  After further investigation the pre–sentence officer shall submit a final report by **November 16, 2020**.

The case is currently set for sentencing hearing on **November 30, 2020** at **8:30 a.m.**

SIGNED this 27th day of October, 2020.

_Fernando Rodriguez, Jr._

Fernando Rodriguez, Jr.
United States District Judge